# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEE SHAVER,         )<br>                     )<br>    Plaintiff,   )<br>                     )<br> vs.                 )<br>                     )      **7:09CV5013**<br> CLEAN HARBORS ENVIRONMENTAL )<br> SERVICES, INC., a Massachusetts )   **ORDER**<br> corporation,        )<br>                     )<br>    Defendant.       ) | |

    This matter is before the court on the defendant's Motion for Leave to File a Third-Party Complaint (#33) against M.C. Schaff & Associates, Inc.  No response in opposition was filed.

    Under Fed. R. Civ. P. 14(a)(1), "A defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it."  Defendant's proposed pleading meets the requirements of Rule 14(a)(1).

    **IT IS ORDERED** that defendant's Motion (#33) is granted.  Defendant shall file and serve the Third-Party Complaint no later than August 10, 2010.

    **DATED July 20, 2010.**

                                                 **BY THE COURT:**

                                                 **s/ F.A. Gossett**<br>
                                                 **United States Magistrate Judge**